DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAIME del RIO, <br> a/k/a EDUARDO BURGOS-DEL RIO, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO. 5:06CR239 <br> 5:10 CV 1580 <br><br><br> <u>JUDGMENT ENTRY</u> |

     For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, the petition for relief under the provisions of 28 U.S.C. Section 2255 is dismissed and the court finds there is no basis for issuing a Certificate of Appealability.

     The clerk is directed to mail a copy of the Memorandum Opinion and the Judgment Entry to the petitioner.

     IT IS SO ORDERED.

 July 21, 2010                             */s/ David D. Dowd, Jr.*
Date                                         David D. Dowd, Jr.
                                              U.S. District Judge